**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ARTURO HERNANDEZ,**
                **Plaintiff,**

**-vs-**                                    **Case No. 6:05-cv-1813-Orl-28KRS**

**DEPARTMENT OF HOMELAND**
**SECURITY,**
                **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR STIPULATION OF FACTS AND INTRODUCTION OF NEW EVIDENCE (Doc. No. 12)**
>
> **FILED:** January 12, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

This motion seeks identical relief to that sought in the Motion for Amelioration of the Release Conditions (doc. no. 15), to which a response was ordered. *See* Doc. No. 17. The Court will consider the issues raised in the motions after a response is filed.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2006.

                                                  *Karla R. Spaulding*
                                                KARLA R. SPAULDING
                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties